Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Cindy Chavez

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY CHAVEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>EQUIFAX, INC., et al.,<br><br>              Defendants. | Case No.: 5:17-cv-02965-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT PEOPLE'S CREDIT CO., INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Cindy Chavez and defendant People's Credit Co., Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within twenty (20) days and will request dismissal of People's Credit Co., Inc. from this action upon finalization.

                                                          **Sagaria Law, P.C.**

Dated:   August 17, 2017          By:    /s/ *Elliot Gale*
                                                          Elliot Gale
                                                          Attorneys for Plaintiff