UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY CHAVEZ,<br>　　　　Plaintiff,<br>　　v.<br>EQUIFAX, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-02965-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 16 |

The court has been informed that Plaintiff has settled with Defendant People's Credit Co., Inc. The deadlines set in the status report order of August 16, 2017, are hereby vacated.

**On or before September 6, 2017**, the parties shall file either a notice of dismissal or a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on September 12, 2017, at **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than September 6, 2017, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: 8/21/2017

_____
Howard R. Lloyd
United States Magistrate Judge