Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Cindy Chavez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CINDY CHAVEZ,<br><br>                Plaintiff,<br><br>        vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>                Defendants. | Federal Case No.: 5:17-CV-02965-HRL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PEOPLE'S CREDIT CO., INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Cindy Chavez, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant People's Credit Co., Inc.  as to all

claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

applicable federal statute, the plaintiff may dismiss an action without a court

order by filing:

1

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant People's Credit Co., Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: July 28, 2017                                    Sagaria Law, P.C.

                                                By:     _/s/ Elliot W. Gale_
                                                            Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Cindy Chavez

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT