Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Cindy Chavez

E-filed 9/12/2017

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SA JOSE DIVISION

| | |
|---|---|
| CINDY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:17-CV-02965-HRL<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Cindy Chavez and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: September 12, 2017 | Sagaria Law, P.C. | |
| | By: | _/s/ Elliot W. Gale_ |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Cindy Chavez | |

| | |
|---|---|
| DATED: September 12, 2017 | Nokes & Quinn |

| | | |
|---|---|---|
| | By: | _/s/ Thomas P. Quinn, Jr._ |
| | | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant | |
| | Equifax, Inc. | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 9/12/2017

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE